UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jesus Sima Ndong Mangue,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02721-CDS-MDC

**Order Dismissing Duplicative Case**

Petitioner Jesus Sima Ndong Mangue, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed his third pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241, an application to proceed *in forma pauperis*, and a motion for appointment of counsel. ECF Nos. 1, 1-1, 1-2. *See also Jesus Sima N Donq Mangue v. Blanche*, Case No. 2:26-cv-00586-CDS-DJA; *Jesus Sima Ndong Mangue v. Mattos, et al.*, Case No. 2:26-cv-02360-CDS-BNW.

The petitioner's counsel has filed a notice of related cases, arguing that the second petition is not duplicative because the petitioner has additional claims for habeas relief. ECF No. 5 in Case No. 2:26-cv-02360-CDS-BNW. However, here, the petitioner does not assert any new claims for relief, and it is not appropriate to file multiple petitions seeking identical relief. The court will therefore dismiss this action, without prejudice, as duplicative. Any federal habeas claims the petitioner wishes to pursue challenging his immigration detention must be asserted, if at all, in Case No: 2:26-cv-00586-CDS-DJA.

It is therefore ordered that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

Dated: August 28, 2026

Cristina D. Silva
United States District Judge